Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Hoffmann, | Case No. **2:18−CV−01609−KJN** |
| Plaintiff, | **Order on Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment** |
| vs. | |
| Nancy A. Berryhill, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff has a family member who experienced a severe work related injury. Counsel has had to travel out of town to provide care and make arrangements with hospital and rehabilitation facilities. She will need to continue making out of town trips over at least the next month. She needs additional time to complete the brief.

2. Plaintiff's counsel has emailed Chantal Jenkins, Esq., defendant's counsel. Ms. Jenkins has indicated that she is agreeable to a 30- day extension of time for counsel to prepare her brief.

1

3. Should the request be granted, Plaintiff's brief will be due on July 12, 2019, Defendant's reply brief on August 12, 2019, and Plaintiff's optional response brief on August 26, 2019.

Respectfully submitted,

Dated: June 12, 2019
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 12, 2019
/s/ Chantal Jenkins
CHANTAL JENKINS
Special Assistant United States Attorney
(*By email authorization on June 12, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoff.1602

2