1  Geri N. Kahn (State Bar Number 148536)
   geri@gerinkahn.com
2  Law Office of Geri N. Kahn
   465 California Street, Suite 609
3  San Francisco, CA 94104
   (415) 397-5446
4  (707) 312-8271

5  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Hoffmann, | Case No. **2:18−CV−01609−KJN** |
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; Order** |
| vs. | |
| Nancy A. Berryhill, Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff s counsel has been steadily working on the brief. Unfortunately she recently experienced a death in the family and has had to take time away from her practice to make funeral arrangements and travel out of state to prepare and attend the funeral. She needs a short extension of time to complete the brief.

2. Plaintiff's counsel has emailed Chantal Jenkins, Esq., defendant's counsel. Ms. Jenkins has indicated that she is agreeable to a 14- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on July 26, 2019, Defendant's reply brief on September 9, 2019, and Plaintiff's optional response brief on September 30, 2019.

Respectfully submitted,

Dated: July 12, 2019

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: July 12, 2019

/s/ Chantal Jenkins
CHANTAL JENKINS
Special Assistant United States Attorney
(*By email authorization on July 12, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 16, 2019

hoff.1609

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE