| | |
|---|---|
| 1<br>2<br>3<br>4 | Geri N. Kahn (State Bar Number 148536)<br>geri@gerinkahn.com<br>Law Office of Geri N. Kahn<br>465 California Street, Suite 609<br>San Francisco, CA 94104<br>(415) 397-5446<br>(707) 312-8271 |
| 5 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Hoffmann,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. **2:18−CV−01609−KJN**<br><br>**Stipulation of 3-Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; Order** |

　　　　Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 3-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1.　　Plaintiff s counsel underestimated the amount of time it took to travel, attend a funeral and help to settle an estate. She just needs a few more days to complete the brief. She does not anticipate needing any further extensions in this case.

2.　　Plaintiff's counsel emailed Chantal Jenkins, Esq., defendant's counsel, but did not hear back. When counsel was unable to reach Ms. Jenkins, she contacted Ms. Jenkins' Supervisor, Geralyn Gulseth. Ms. Gulseth agreed to the 3-day extension of time on Ms. Jenkins' behalf.

3. Should the request be granted, Plaintiff's brief will be due on July 29, 2019, Defendant's reply brief on September 12, 2019, and Plaintiff's optional response brief on October 3, 2019.

Respectfully submitted,

Dated: July 26, 2019
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: July 26, 2019
/s/ Geralyn Gulseth
GERALYN GULSETH FOR CHANTAL JENKINS
Special Assistant United States Attorney
(*By email authorization on July 26, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. No further extensions of time will be granted.

Dated: July 29, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoff.1609