UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HOFFMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:18–cv–1609–KJN<br><br>ORDER |

The court's records show that plaintiff has not yet indicated whether she consents to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); see also ECF No. 5, (Scheduling Order, requesting parties' designation regarding consent within 90 days). Plaintiff is under no obligation to consent, but a consent/decline designation assists the court in determining how the action will be administratively processed. Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement indicating whether she consents to the jurisdiction of the magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). See ECF No. 5-2 (Consent Form).

IT IS SO ORDERED.

Dated: August 22, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1