Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 312-8271

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Hoffmann, | Case No. **2:18−CV−01609−KJN** |
| Plaintiff, | **STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d)** |
| vs. | |
| Andrew M. Saul, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel,

subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of FIVE

THOUSAND SIX HUNDRED THREE DOLLARS AND 33 CENTS ($5603.33) under the Equal Access

to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter

of Plaintiff's assignment of EAJA fees to counsel Geri N. Kahn.  Pursuant to *Astrue v. Ratliff*, 560 U.S.

586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any

offset allowed under the United States Department of the Treasury's Offset Program.  After the order for

EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to counsel Geri N. Kahn, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including the Law Office of Geri N. Kahn, Attorney at Law, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: April 3, 2020                     LAW OFFICE OF GERI N. KAHN

                              By:    /s/ Geri N. Kahn
                                     GERI N. KAHN
                                     Attorney for Plaintiff

Dated: April 3, 2020                     MCGREGOR SCOTT
                                     United States Attorney

                              By:    Chantal Jenkins
                                     CHANTAL JENKINS
                                     (*authorized by email, April 3, 2020)
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

**SO ORDERED.**

Dated: April 8, 2020

hoff.1609

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Case No. 2:18−CV−01609−KJN
Stip & order for EAJA fees